**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7409

HENRY LEE HUNT,

Plaintiff - Appellant,

versus

GARY DIXON; J.B. FRENCH; KEN HARRIS; LIEU-
TENANT PEELE; SARGEANT HARRELL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Terrence W. Boyle, District
Judge. (CA-94-305-5-CT-BO)

Submitted: January 11, 1996          Decided: January 24, 1996

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Lee Hunt, Appellant Pro Se. William McBlief, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Hunt v. Dixon</u>, CA-94-305-5-CT-BO (E.D.N.C. Aug. 28, 1995). In addition, we find that "some evidence" supported the decision of the prison disciplinary board to sentence Appellant to disciplinary segregation. <u>See</u> <u>Superintendent, Massachusetts Correctional Inst. v. Hill</u>, 472 U.S. 445, 454-56 (1985). Finally, drawing all reasonable inferences favorable to Appellant, we find that he has not stated a claim for violation of either his First or Eighth Amendment rights. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>